UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES of AMERICA                                              PLAINTIFF

VS.                            CASE NO. 4:17-CR-00293 BSM-10

DALLAS D. STANDRIDGE                                                  DEFENDANT

## ORDER

Stephanie Mazzanti is on the Court's recusal list and is counsel of record for Plaintiff United States of America in this action.

The Clerk is directed to randomly assign the referral in this case (Doc. No. 2179) to another United States Magistrate Judge.

IT IS SO ORDERED this 12th day of August, 2021.

_____
UNITED STATES MAGISTRATE JUDGE