UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                  **CASE NO. 4:17-CR-00293-10 BSM**

**DALLAS D. STANDRIDGE**                                             **DEFENDANT**

## NOTICE

The notice referring the Government's motion for summons and to revoke defendant's pretrial release and superseding motion for summons and to revoke defendant's pretrial release [Doc. No. 2179] is withdrawn.

IT IS SO ORDERED this 31st day of August, 2021.

                                          AT THE DIRECTION OF THE COURT
                                          TAMMY H. DOWNS, CLERK

                                          By: Laura Bichlmeier
                                             Courtroom Deputy to
                                             U.S. District Judge Brian S. Miller