**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

MAR **16** 2026

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**DALLAS D. STANDRIDGE,**
Defendant.

Case No.: 4:17-CR-00293-BSM-10
Honorable Brian S. Miller

**OMNIBUS MOTION FOR SENTENCE REDUCTION**
(Based on Amendment 821, Mitigating Role, and Pending Methamphetamine Purity Reform)

COMES NOW the Defendant, Dallas D. Standridge, proceeding pro se, and respectfully moves this Honorable Court for a reduction of sentence pursuant to 18 U.S.C. §§ 3582(c)(2)(A) and 3553(a). Mr. Standridge submits that a combination of retroactive Guideline amendments, clarified mitigating-role jurisprudence, and evolving legislative policy regarding methamphetamine purity constitute extraordinary and compelling reasons warranting relief.

**I. PROCEDURAL HISTORY AND FACTUAL BACKGROUND**

Mr. Standridge is a first-time, zero-criminal-history offender currently serving a sentence calculated from a Base Offense Level of 38. This offense level was driven primarily by methamphetamine purity attributed through a government-controlled delivery involving a federal agent posing as a FedEx driver. Mr. Standridge did not receive any reduction for Acceptance of Responsibility at sentencing. Mr. Standridge is currently housed at FPC Montgomery, a minimum-security federal prison camp, with a projected release date of April 25, 2029.

**II. ARGUMENT**

**A. Retroactive Application of Amendment 821 (Zero-Point Offender)**

Pursuant to U.S.S.G. § 4C1.1, as made retroactive by Amendment 821, Mr. Standridge qualifies as a Zero-Point Offender. He has no criminal history points, did not possess a firearm, did not use violence, and was not engaged in a continuing criminal enterprise. Section 4C1.1 mandates a two-level reduction for qualifying defendants, which Mr. Standridge respectfully requests the Court apply.

**B. Mitigating Role Adjustment and the Base Level 38 Cap**

Mr. Standridge's Base Offense Level of 38 is disproportionate to his actual role. He was merely the recipient of a package delivered during a government sting operation and exercised no control over drug manufacturing, shipment, or distribution. He qualifies as a minor or minimal participant under U.S.S.G. § 3B1.2. Under U.S.S.G. § 2D1.1(a)(5), a finding of mitigating role automatically caps a Base Offense Level of 38 at Level 35 for minor participants or Level 32 for minimal participants. Mr. Standridge respectfully requests such a finding and application of the cap.

## C. Methamphetamine Purity Disparity and Policy Considerations

Mr. Standridge's sentence was further inflated by the 10-to-1 disparity between actual methamphetamine and mixture-based calculations. This disparity lacks empirical grounding and is currently under review by Congress and the Sentencing Commission. High purity is now the norm rather than an indicator of leadership or culpability. This Court may consider this evolving policy landscape under 18 U.S.C. § 3553(a) and grant a variance to avoid unwarranted sentencing disparities.

## D. Post-Sentencing Rehabilitation

Although Acceptance of Responsibility under U.S.S.G. § 3E1.1 cannot be applied post-judgment, Mr. Standridge's post-sentencing conduct demonstrates genuine rehabilitation. He has maintained a clear disciplinary record, earned his GED, obtained forklift certification, and worked steadily in UNICOR. These efforts support a downward variance.

## III. CONCLUSION

For the foregoing reasons, Mr. Standridge respectfully requests that this Court apply the Zero-Point Offender reduction, find a mitigating role triggering the Base Offense Level cap, grant a variance based on methamphetamine purity policy considerations and rehabilitation, and reduce his sentence to time served.

Respectfully submitted,

Dallas D. Standridge
Reg. No. 31580-009
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

Dated: 3/6/2026

```
  MONCO          *        INMATE EDUCATION DATA        *      03-05-2026
PAGE 001 OF 001 *             TRANSCRIPT               *      15:03:29

REGISTER NO: 31580-009    NAME..: STANDRIDGE               FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: MON-MONTGOMERY FPC

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
MON  ESL HAS    ENGLISH PROFICIENT           03-27-2023 1505 CURRENT
MON  GED EARNED GED EARNED IN BOP            06-05-2024 1514 CURRENT

---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL    DESCRIPTION               START DATE  STOP DATE EVNT AC LV  HRS
MON         #6 GOAL SETTING AND VALUES  05-02-2025 02-20-2026  P  C  P    4
MON         #3 CREDIT AND FINANCE       05-02-2025 02-20-2026  P  C  P    2
MON         #2 CAREER PLANNING          05-02-2025 02-20-2026  P  C  P    1
MON DRUG    #1 AIDS AWARENESS           02-04-2025 02-04-2025  P  C  P    1
YAZ SCP     WALKING AND JOGGING         06-19-2024 08-16-2024  P  C  P    2
YAZ SCP     GED CAMP                    06-06-2023 06-24-2024  P  C  P  246
YAZ SCP     HOUSES OF HEALING PARTICIPANT 08-04-2023 11-03-2023 P C P   24
YAZ SCP     S-FORKLIFT CERTIFICATION    10-18-2023 11-02-2023  P  C  P    6
YAZ SCP     RPP1 NONRESID DRUG ABUSE TREAT 07-10-2023 10-17-2023 P C P  22
YAZ SCP     WALKING AND JOGGING CAMP    06-25-2023 08-27-2023  P  C  P    2
YAZ SCP     JUMP ROPE 1 CAMP            06-25-2023 08-27-2023  P  C  P    2
YAZ SCP     RPP1 DRUG EDUCATION         05-01-2023 06-06-2023  P  C  P   12
YAZ SCP     BUDGET C                    04-14-2023 06-02-2023  P  C  P    8
YAZ SCP     ACE:  CHECKING AND SAVINGS  04-13-2023 06-02-2023  P  C  P    8

---------------------------- HIGH TEST SCORES ----------------------------
TEST         SUBTEST       SCORE     TEST DATE     TEST FACL   FORM    STATE
GED 2014     MATH          146.0     06-05-2024    YAZ
             RLA           147.0     01-16-2024    YAZ                 MS
             SCIENCE       147.0     09-18-2023    YAZ
             SOC STUDY     157.0     09-18-2023    YAZ
TABE D       LANGUAGE        6.3     06-06-2023    YAZ          10
             MATH APPL       6.6     06-06-2023    YAZ          10
             MATH COMP       5.0     06-06-2023    YAZ          10
             READING         5.4     06-06-2023    YAZ          10




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**DALLAS D. STANDRIDGE,**
Defendant.

Case No.: 4:17-CR-00293-BSM-10
Honorable Brian S. Miller

**OMNIBUS MOTION FOR SENTENCE REDUCTION**
(Based on Amendment 821, Mitigating Role, and Pending Methamphetamine Purity Reform)

COMES NOW the Defendant, Dallas D. Standridge, proceeding pro se, and respectfully moves this Honorable Court for a reduction of sentence pursuant to 18 U.S.C. §§ 3582(c)(1)(A) and 3553(a). Mr. Standridge submits that a combination of retroactive Guideline amendments, clarified mitigating-role jurisprudence, and evolving legislative policy regarding methamphetamine purity constitute extraordinary and compelling reasons warranting relief.

## I. PROCEDURAL HISTORY AND FACTUAL BACKGROUND

Mr. Standridge is a first-time, zero-criminal-history offender currently serving a sentence calculated from a Base Offense Level of 38. This offense level was driven primarily by methamphetamine purity attributed through a government-controlled delivery involving a federal agent posing as a FedEx driver. Mr. Standridge did not receive any reduction for Acceptance of Responsibility at sentencing. Mr. Standridge is currently housed at FPC Montgomery, a minimum-security federal prison camp, with a projected release date of April 25, 2029.

## II. ARGUMENT

### A. Retroactive Application of Amendment 821 (Zero-Point Offender)

Pursuant to U.S.S.G. § 4C1.1, as made retroactive by Amendment 821, Mr. Standridge qualifies as a Zero-Point Offender. He has no criminal history points, did not possess a firearm, did not use violence, and was not engaged in a continuing criminal enterprise. Section 4C1.1 mandates a two-level reduction for qualifying defendants, which Mr. Standridge respectfully requests the Court apply.

### B. Mitigating Role Adjustment and the Base Level 38 Cap

Mr. Standridge's Base Offense Level of 38 is disproportionate to his actual role. He was merely the recipient of a package delivered during a government sting operation and exercised no control over drug manufacturing, shipment, or distribution. He qualifies as a minor or minimal participant under U.S.S.G. § 3B1.2. Under U.S.S.G. § 2D1.1(a)(5), a finding of mitigating role automatically caps a Base Offense Level of 38 at Level 35 for minor participants or Level 32 for minimal participants. Mr. Standridge respectfully requests such a finding and application of the cap.

## C. Methamphetamine Purity Disparity and Policy Considerations

Mr. Standridge's sentence was further inflated by the 10-to-1 disparity between actual methamphetamine and mixture-based calculations. This disparity lacks empirical grounding and is currently under review by Congress and the Sentencing Commission. High purity is now the norm rather than an indicator of leadership or culpability. This Court may consider this evolving policy landscape under 18 U.S.C. § 3553(a) and grant a variance to avoid unwarranted sentencing disparities.

## D. Post-Sentencing Rehabilitation

Although Acceptance of Responsibility under U.S.S.G. § 3E1.1 cannot be applied post-judgment, Mr. Standridge's post-sentencing conduct demonstrates genuine rehabilitation. He has maintained a clear disciplinary record, earned his GED, obtained forklift certification, and worked steadily in UNICOR. These efforts support a downward variance.

## III. CONCLUSION

For the foregoing reasons, Mr. Standridge respectfully requests that this Court apply the Zero-Point Offender reduction, find a mitigating role triggering the Base Offense Level cap, grant a variance based on methamphetamine purity policy considerations and rehabilitation, and reduce his sentence to time served.

Respectfully submitted,

Dallas D. Standridge
Reg. No. 31580-009
FPC Montgomery
Maxwell Air Force Base
Montgomery, AL 36112

Dated: 3/6/2026

```
   MONCO          *          INMATE EDUCATION DATA          *      03-05-2026
 PAGE 001 OF 001 *               TRANSCRIPT                 *      15:03:29

 REGISTER NO: 31580-009    NAME..: STANDRIDGE               FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: MON-MONTGOMERY FPC

--------------------------- EDUCATION INFORMATION ---------------------------
 FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
 MON  ESL HAS   ENGLISH PROFICIENT             03-27-2023 1505 CURRENT
 MON  GED EARNED GED EARNED IN BOP             06-05-2024 1514 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
 SUB-FACL    DESCRIPTION                 START DATE  STOP DATE EVNT AC LV   HRS
 MON         #6 GOAL SETTING AND VALUES  05-02-2025 02-20-2026  P   C  P     4
 MON         #3 CREDIT AND FINANCE       05-02-2025 02-20-2026  P   C  P     2
 MON         #2 CAREER PLANNING          05-02-2025 02-20-2026  P   C  P     1
 MON DRUG    #1 AIDS AWARENESS           02-04-2025 02-04-2025  P   C  P     1
 YAZ SCP     WALKING AND JOGGING         06-19-2024 08-16-2024  P   C  P     2
 YAZ SCP     GED CAMP                    06-06-2023 06-24-2024  P   C  P   246
 YAZ SCP     HOUSES OF HEALING PARTICIPANT 08-04-2023 11-03-2023 P  C  P    24
 YAZ SCP     S-FORKLIFT CERTIFICATION    10-18-2023 11-02-2023  P   C  P     6
 YAZ SCP     RPP1 NONRESID DRUG ABUSE TREAT 07-10-2023 10-17-2023 P C P     22
 YAZ SCP     WALKING AND JOGGING CAMP    06-25-2023 08-27-2023  P   C  P     2
 YAZ SCP     JUMP ROPE 1 CAMP            06-25-2023 08-27-2023  P   C  P     2
 YAZ SCP     RPP1 DRUG EDUCATION         05-01-2023 06-06-2023  P   C  P    12
 YAZ SCP     BUDGET C                    04-14-2023 06-02-2023  P   C  P     8
 YAZ SCP     ACE:  CHECKING AND SAVINGS  04-13-2023 06-02-2023  P   C  P     8

---------------------------- HIGH TEST SCORES ------------------------------
 TEST         SUBTEST      SCORE     TEST DATE     TEST FACL  FORM     STATE
 GED 2014     MATH         146.0     06-05-2024    YAZ
              RLA          147.0     01-16-2024    YAZ                  MS
              SCIENCE      147.0     09-18-2023    YAZ
              SOC STUDY    157.0     09-18-2023    YAZ
 TABE D       LANGUAGE       6.3     06-06-2023    YAZ        10
              MATH APPL      6.6     06-06-2023    YAZ        10
              MATH COMP      5.0     06-06-2023    YAZ        10
              READING        5.4     06-06-2023    YAZ        10




 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Omnibus Motion for Sentence Reduction was placed in the institutional mail system on the date below, addressed to: Office of the United States Attorney Eastern District of Arkansas 600 West Capitol Avenue, Suite A149 Little Rock, AR 72201 Executed on this ___6___ day of ___March___, 2026.

Dallas D. Standridge

**LETTER TO THE CLERK OF COURT**

Clerk of Court United States District Court Eastern District of Arkansas 600 West Capitol Avenue Little Rock, AR 72201 Re: United States v. Dallas D. Standridge Case No. 4:17-CR-00293-BSM-10 Dear Clerk: Enclosed for filing please find Defendant's Omnibus Motion for Sentence Reduction and Certificate of Service. Kindly file the same in the above-captioned matter. Thank you for your assistance. Respectfully, Dallas D. Standridge